NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 05-961

STATE OF LOUISIANA

VERSUS

JOHN DOUCET

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 96032
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and J. David Painter, Judges.

AFFIRMED AND REMANDED.

Michael Harson
District Attorney
Fifteenth Judicial District Court
P.O. Box 3306
Lafayette, LA 70502-3306
(337) 232-5170
Counsel for Plaintiff:
State of Louisiana

**Gregory Dale Lyons**
**111 Ryan Street**
**Lake Charles, LA 70601**
**(337) 439-5554**
**Counsel for Defendant:**
**John Doucet**